UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 15-22212 |
| GILDA B. RAMOS, | ) | Hon. Janet S. Baer |
| | ) | |
| | ) | |
| Debtor. | ) | |

### Certificate Of Service

I, Steven R. Radtke, hereby certify that on **June 2, 2016**, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be served on the persons on the attached service list via First Class mail, postage prepaid, as indicated on the service list.

/s/  Steven R. Radtke
STEVEN R. RADTKE, TRUSTEE
Attorney ID No. 0312-4816
79 WEST MONROE STREET
SUITE 1305
CHICAGO IL 60603
(312) 346-1935

RamosNFRCrtSrv

# SERVICE LIST
## GILDA B. RAMOS, DEBTOR
## CASE NO. 15-22212

Office of the United States Trustee
219 South Dearborn
Room 873
Chicago, IL 60604

Dan Alic
4848 N Damen
Chicago, IL 60625

Gilda B. Ramos
5004 Louise St., Apt. 2
Skokie, IL 60077

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

American InfoSource LP as agent for
TD Bank, USA
PO Box 248866
Oklahoma City, OK 73124-8866

Check N Go
C/O Real Time Resolutions, Inc.
PO Box 566027
Dallas, TX 75356-6027

Capital One Bank (USA), N.A.
by American InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

NAVIENT SOLUTIONS, INC.
220 Lasley Ave
Wilkes-Barre, PA 18706

Springleaf
PO BOX 3251
Evansville, IN 47731-3251

Synchrony Bank
c/o Recovery Management Systems Corp
25 Se 2Nd Ave Suite 1120
Miami Fl 33131-1605

RamosTFRSrvList

1