UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
                                    §
Gilda B Ramos                       §   Case No. 15-22212
                                    §
        Debtor                      §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 2,094.00<br>*(Without deducting any secured claims)* | Assets Exempt: 17,730.00 |
| Total Distributions to Claimants: 46,889.94 | Claims Discharged<br>Without Payment: 30,494.00 |
| Total Expenses of Administration: 35,907.32 | |

3) Total gross receipts of $ 90,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 7,202.74  (see **Exhibit 2**), yielded net receipts of $ 82,797.26  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 9,200.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 35,907.32 | 35,907.32 | 35,907.32 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 59,709.00 | 46,790.21 | 46,790.21 | 46,889.94 |
| TOTAL DISBURSEMENTS | $ 68,909.00 | $ 82,697.53 | $ 82,697.53 | $ 82,797.26 |

4) This case was originally filed under chapter 7 on 06/26/2015 . The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/01/2016          By:/s/STEVEN R. RADTKE
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| IRA Traditional Account Symetra Life Insurance Company | 1129-000 | 90,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 90,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Gilda B Ramos | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 7,202.74 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 7,202.74** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | SPRINGLEAF FINANCIAL SERV 7414 N WESTERN AVE CHICAGO, IL 60645 | | 9,200.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 9,200.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 7,389.86 | 7,389.86 | 7,389.86 |
| STEVEN R. RADTKE | 2200-000 | NA | 50.21 | 50.21 | 50.21 |
| United States Treasury | 2810-000 | NA | 6,925.00 | 6,925.00 | 6,925.00 |
| STEVEN R. RADTKE | 3110-000 | NA | 19,125.00 | 19,125.00 | 19,125.00 |
| STEVEN R. RADTKE | 3120-000 | NA | 428.25 | 428.25 | 428.25 |
| Popowcer Katten Ltd. | 3410-000 | NA | 1,989.00 | 1,989.00 | 1,989.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 35,907.32 | $ 35,907.32 | $ 35,907.32 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CAP ONE PO BOX 5253 CAROL STREAM, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | CAPITAL ONE BANK USA N 15000 CAPITAL ONE DR RICHMOND, VA 23238 | | 990.00 | NA | NA | 0.00 |
| | CAPITAL ONE BANK USA N 15000 CAPITAL ONE DR RICHMOND, VA 23238 | | 0.00 | NA | NA | 0.00 |
| | CHASE CARD PO BOX 15298 WILMINGTON, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | COMENITY BANK/VCTRSSEC PO BOX 182789 COLUMBUS, OH 43218 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CREDIT ONE BANK NA PO BOX 98875 LAS VEGAS, NV 89193 | | 0.00 | NA | NA | 0.00 |
| | FIRST PREMIER BANK 601 S MINNESOTA AVE SIOUX FALLS, SD 57104 | | 0.00 | NA | NA | 0.00 |
| | HSBC AUTO 6602 CONVOY CT SAN DIEGO, CA 92111 | | 0.00 | NA | NA | 0.00 |
| | HSBC/SCUSA 6602 CONVOY CT SAN DIEGO, CA 92111 | | 0.00 | NA | NA | 0.00 |
| | J.B. ROBINSON JEWELERS 375 GHENT RD FAIRLAWN, OH 44333 | | 0.00 | NA | NA | 0.00 |
| | JEFFERSON CAPITAL SYST 16 MCLELAND RD SAINT CLOUD, MN 56303 | | 69.00 | NA | NA | 0.00 |
| | LOU HARRIS COMPANY 1040 S MILWAUKEE AVE STE WHEELING, IL 60090 | | 508.00 | NA | NA | 0.00 |
| | ONEMAIN PO BOX 499 HANOVER, MD 21076 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ONEMAIN PO BOX 499 HANOVER, MD 21076 | | 15,042.00 | NA | NA | 0.00 |
| | ONEMAIN PO BOX 499 HANOVER, MD 21076 | | 0.00 | NA | NA | 0.00 |
| | PERSONAL FINANCE 1151 S LEE ST DES PLAINES, IL 60016 | | 0.00 | NA | NA | 0.00 |
| | PERSONAL FINANCE 1151 S LEE ST DES PLAINES, IL 60016 | | 0.00 | NA | NA | 0.00 |
| | PERSONAL FINANCE 1151 S LEE ST DES PLAINES, IL 60016 | | 4,324.00 | NA | NA | 0.00 |
| | PERSONAL FINANCE 1151 S LEE ST DES PLAINES, IL 60016 | | 0.00 | NA | NA | 0.00 |
| | SANTANDER CONSUMER USA PO BOX 961245 FT WORTH, TX 76161 | | 0.00 | NA | NA | 0.00 |
| | SLM FINANCIAL CORP 11100 USA PKWY FISHERS, IN 46037 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | SPRINGLEAF FINANCIAL S 7412 N WESTERN AVE CHICAGO, IL 60645 | | 0.00 | NA | NA | 0.00 |
| | SPRINGLEAF FINANCIAL S 7412 N WESTERN AVE CHICAGO, IL 60645 | | 0.00 | NA | NA | 0.00 |
| | SPRINGLEAF FINANCIAL S 7412 N WESTERN AVE CHICAGO, IL 60645 | | 0.00 | NA | NA | 0.00 |
| | TD BANK USA/TARGETCRED PO BOX 673 MINNEAPOLIS, MN 55440 | | 361.00 | NA | NA | 0.00 |
| | TNB - TARGET PO BOX 673 MINNEAPOLIS, MN 55440 | | 0.00 | NA | NA | 0.00 |
| | WEBBANK/FINGERHUT 6250 RIDGEWOOD RD SAINT CLOUD, MN 56303 | | 0.00 | NA | NA | 0.00 |
| 2 | American Infosource Lp As Agent For | 7100-000 | NA | 403.63 | 403.63 | 403.63 |
| 4 | Capital One Bank (Usa), N.A. | 7100-000 | NA | 1,002.99 | 1,002.99 | 1,002.99 |
| 3 | Check N Go | 7100-000 | NA | 1,432.84 | 1,432.84 | 1,432.84 |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 2,726.00 | 2,815.05 | 2,815.05 | 2,815.05 |
| 5 | Navient Solutions Inc. | 7100-000 | 25,074.00 | 25,573.24 | 25,573.24 | 25,573.24 |
| 6 | Springleaf Funding Trust 2013-B | 7100-000 | 8,820.00 | 8,079.48 | 8,079.48 | 8,079.48 |
| 10 | Synchrony Bank | 7100-000 | 773.00 | 773.10 | 773.10 | 773.10 |
| 7 | Synchrony Bank | 7100-000 | 499.00 | 499.79 | 499.79 | 499.79 |
| 8 | Synchrony Bank | 7100-000 | 241.00 | 241.50 | 241.50 | 241.50 |
| 9 | Synchrony Bank | 7100-000 | 282.00 | 282.24 | 282.24 | 282.24 |
|  | Symetra Life Insurance Company | 7300-000 | NA | 5,686.35 | 5,686.35 | 5,686.35 |
|  | American Infosource Lp As Agent For | 7990-000 | NA | NA | NA | 0.98 |
|  | Capital One Bank (Usa), N.A. | 7990-000 | NA | NA | NA | 2.43 |
|  | Check N Go | 7990-000 | NA | NA | NA | 3.48 |
|  | Discover Bank | 7990-000 | NA | NA | NA | 6.83 |
|  | Navient Solutions Inc. | 7990-000 | NA | NA | NA | 62.05 |
|  | Springleaf Funding Trust 2013-B | 7990-000 | NA | NA | NA | 19.60 |
|  | Synchrony Bank | 7990-000 | NA | NA | NA | 4.36 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 59,709.00 | $ 46,790.21 | $ 46,790.21 | $ 46,889.94 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-22212 | JSB | Judge: | Janet S. Baer | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Gilda B Ramos | | | | Date Filed (f) or Converted (c): | 06/26/2015 (f) |
| | | | | | 341(a) Meeting Date: | 08/10/2015 |
| For Period Ending: | 08/01/2016 | | | | Claims Bar Date: | 01/26/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account # Mb Financial Bank | 330.00 | 0.00 | | 0.00 | FA |
| 2. Misc Hhg, No Item Over $400 Residence | 400.00 | 0.00 | | 0.00 | FA |
| 3. Clothes And Shoes Residence | 0.00 | 0.00 | | 0.00 | FA |
| 4. IRA Traditional Account Symetra Life Insurance Company | 186,428.00 | 0.00 | | 90,000.00 | FA |
| 5. 403(B) Pension Plan Lincoln Fidelity | 17,000.00 | 0.00 | | 0.00 | FA |
| 6. 2001 Honda Civic Residence | 2,094.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $206,252.00   $0.00   $90,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6/2016 TFR filed; hearing on same set for 7/5/16

4/18/16  Tax returns filed; request for 505(b) letters sent; preparing TFR/fee applications

3/29/16  Received non-exempt funds from Symetra; accountant to be employed to prepare necessary tax returns

3/10/16 Letter demanding turnover sent to Symetra Life Insurance Co.

3/2/16 Objection sustained

12/30/15 Trustee filed objection to Debtor's amended claim of exemption

Debtor's IRA as beneficiary Ernesto Valverde

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-22212 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Gilda B Ramos | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5760 |
| | Checking |
| Taxpayer ID No: XX-XXX8966 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/01/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/29/16 | | Symetra Life Insurance Company<br>P.O. Box 34690<br>Seattle, WA 98124-1690 | Turnover of Non-exempt funds | | $84,313.65 | | $84,313.65 |
| | | | Gross Receipts $90,000.00 | | | | |
| | | | Surrender Penalty ($5,686.35) | 7300-000 | | | |
| | | 4 | IRA Traditional Account $90,000.00<br>Symetra Life Insurance Company | 1129-000 | | | |
| 04/18/16 | 1001 | United States Treasury<br>Department of the Treasury<br>Internal Revenue Service Center<br>Cincinnati, OH 45999-0148 | FEIN: 81-6318966; 2015 Form 1041 | 2810-000 | | $6,925.00 | $77,388.65 |
| 07/06/16 | 1002 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $7,389.86 | $69,998.79 |
| 07/06/16 | 1003 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $50.21 | $69,948.58 |
| 07/06/16 | 1004 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $19,125.00 | $50,823.58 |

Page Subtotals: $84,313.65 $33,490.07

UST Form 101-7-TDR (10/1/2010) (Page: 13)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-22212 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Gilda B Ramos | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5760 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8966 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/01/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/06/16 | 1005 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $428.25 | $50,395.33 |
| 07/06/16 | 1006 | Popowcer Katten Ltd.<br>35 East Wacker Drive, Suite 1550<br>Chicago, IL 60601-2124 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,989.00 | $48,406.33 |
| 07/06/16 | 1007 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $2,821.88 | $45,584.45 |
| | | | ($6.83) | 7990-000 | | | |
| | | Discover Bank | Final distribution to claim 1 representing a payment of 100.00 % per court order. ($2,815.05) | 7100-000 | | | |
| 07/06/16 | 1008 | American Infosource Lp As Agent For<br>Td Bank, Usa<br>Po Box 248866<br>Oklahoma City, Ok 73124-8866 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $404.61 | $45,179.84 |
| | | | ($0.98) | 7990-000 | | | |
| | | American Infosource Lp As Agent For | Final distribution to claim 2 representing a payment of 100.00 % per court order. ($403.63) | 7100-000 | | | |
| 07/06/16 | 1009 | Check N Go<br>C/O Real Time Resolutions, Inc.<br>Po Box 566027<br>Dallas, Tx 75356-6027 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | | | $1,436.32 | $43,743.52 |
| | | | ($3.48) | 7990-000 | | | |
| | | Check N Go | Final distribution to claim 3 representing a payment of 100.00 % per court order. ($1,432.84) | 7100-000 | | | |

| | | | Page Subtotals: | | $0.00 | $7,080.06 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-22212 | Trustee Name: | STEVEN R. RADTKE |
| --- | --- | --- | --- |
| Case Name: | Gilda B Ramos | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5760 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8966 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/01/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/06/16 | 1010 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 4 representing a payment of 100.00 % per court order. | | | $1,005.42 | $42,738.10 |
| | | | ($2.43) | 7990-000 | | | |
| | | Capital One Bank (Usa), N.A. | Final distribution to claim 4 representing a payment of 100.00 % per court order. ($1,002.99) | 7100-000 | | | |
| 07/06/16 | 1011 | Navient Solutions Inc.<br>220 Lasley Ave<br>Wilkes-Barre, Pa 18706 | Final distribution to claim 5 representing a payment of 100.00 % per court order. | | | $25,635.29 | $17,102.81 |
| | | | ($62.05) | 7990-000 | | | |
| | | Navient Solutions Inc. | Final distribution to claim 5 representing a payment of 100.00 % per court order. ($25,573.24) | 7100-000 | | | |
| 07/06/16 | 1012 | Springleaf Funding Trust 2013-B<br>Springleaf Financial Services<br>Of Illinois, Inc.<br>P.O. Box 3251<br>Evansville, In 47731-3251 | Final distribution to claim 6 representing a payment of 100.00 % per court order. | | | $8,099.08 | $9,003.73 |
| | | | ($19.60) | 7990-000 | | | |
| | | Springleaf Funding Trust 2013-B | Final distribution to claim 6 representing a payment of 100.00 % per court order. ($8,079.48) | 7100-000 | | | |
| 07/06/16 | 1013 | Synchrony Bank<br>C/O Recovery Management Systems Corp<br>25 Se 2Nd Ave Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 7 representing a payment of 100.00 % per court order. | | | $501.00 | $8,502.73 |
| | | | ($1.21) | 7990-000 | | | |
| | | Synchrony Bank | Final distribution to claim 7 representing a payment of 100.00 % per court order. ($499.79) | 7100-000 | | | |

Page Subtotals: $0.00  $35,240.79

UST Form 101-7-TDR (10/1/2010) (Page: 15)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-22212 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Gilda B Ramos | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5760 |
| | Checking |
| Taxpayer ID No: XX-XXX8966 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/01/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/06/16 | 1014 | Synchrony Bank<br>C/O Recovery Management Systems Corp<br>25 Se 2Nd Ave Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 8 representing a payment of 100.00 % per court order. | | | $242.09 | $8,260.64 |
| | | | ($0.59) | 7990-000 | | | |
| | | Synchrony Bank | Final distribution to claim 8 representing a payment of 100.00 % per court order. ($241.50) | 7100-000 | | | |
| 07/06/16 | 1015 | Synchrony Bank<br>C/O Recovery Management Systems Corp<br>25 Se 2Nd Ave Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 9 representing a payment of 100.00 % per court order. | | | $282.92 | $7,977.72 |
| | | | ($0.68) | 7990-000 | | | |
| | | Synchrony Bank | Final distribution to claim 9 representing a payment of 100.00 % per court order. ($282.24) | 7100-000 | | | |
| 07/06/16 | 1016 | Synchrony Bank<br>C/O Recovery Management Systems Corp<br>25 Se 2Nd Ave Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 10 representing a payment of 100.00 % per court order. | | | $774.98 | $7,202.74 |
| | | | ($1.88) | 7990-000 | | | |
| | | Synchrony Bank | Final distribution to claim 10 representing a payment of 100.00 % per court order. ($773.10) | 7100-000 | | | |
| 07/06/16 | 1017 | Gilda B Ramos<br>5004 LOUISE ST., APT. 2<br>SKOKIE, IL  60077 | Distribution of surplus funds to debtor. | 8200-002 | | $7,202.74 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $84,313.65 | $84,313.65 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $84,313.65 | $84,313.65 |
| Page Subtotals: | $0.00 | $8,502.73 |

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

Exhibit 9

| | | |
|---|---|---|
| Less: Payments to Debtors | $0.00 | $7,202.74 |
| Net | $84,313.65 | $77,110.91 |

Page Subtotals:  $0.00    $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5760 - Checking | $84,313.65 | $77,110.91 | $0.00 |
| | $84,313.65 | $77,110.91 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $5,686.35 |
| **Total Net Deposits:** | **$84,313.65** |
| Total Gross Receipts: | $90,000.00 |

Page Subtotals:        $0.00        $0.00